IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-140-FL

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RICHARD V. SPENCER, SECRETARY OF ) | |
| THE NAVY ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon the motion of the Defendant for a stay of this case, it is hereby ORDERED that the case will be stayed for 100 days, up to and including March 25, 2020, on or before which Defendant will submit a status report with respect to the progress of its review of the petition at issue.

So ORDERED THIS 17th day of December 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge