IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-140-FL

CARLOS A. ALFORD,                                )
                                                 )
                    Plaintiff,                   )
                                                 )
           v.                                    )
                                                 )              **ORDER**
RICHARD V. SPENCER, SECRETARY OF                 )
THE NAVY                                         )
                                                 )
                    Defendant.                   )

For good cause having been shown upon the Motion of the Defendant for an

extension of the stay in this case, it is hereby ORDERED that the case will be stayed

for an additional 30 days, up to and including April 24, 2020, on or before which

Defendant will submit a status report with respect to the progress of its review of the

petition at issue.

So ORDERED THIS ____26th____day of ____March____, 2020.


_____
LOUISE W. FLANAGAN
United States District Judge