UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD  Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** ) No. 7:19-CV-140-FL |
| CARLOS DEL TORO, *Secretary of the Navy*  Defendant | ) ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 30, 2022, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on May 31, 2022, and Copies To:**
Carlos A. Alford (via US mail) 126 Trombay Drive, Wilmington, NC 28412
Lauren A. Golden (via CM/ECF Notice of Electronic Filing)

June 30, 2022                     PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk